TARBELL, Respondent, v. FINNIGAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Gage E. Tarbell against George P. Finnigan and others. No opinion. Judgment affirmed, with costs.

TATE, Appellant, v. ABBOTT et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Joseph Tate, as receiver of Round Island Park, against Vasco P. Abbott and Edward H. Neary. No opinion. Order affirmed, with $10 costs, and disbursements to abide the event of the action.

THAYER, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Manley Thayer against Augusta P. Mitchell, executrix. No opinion. Judgment affirmed, with costs.

THOMPSON, Appellant, v. CHILD, Respondent. (Supreme Court, Appellate Term. July, 1898.) Action by J. Walter Thompson against Henry E. Child. Henry C. Bryan, for appellant. Duncan Edwards, for respondent. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 1130.

TIMPSON, Respondent, v. NEW YORK, L. E. & W. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by Mary S. Timpson against the New York, Lake Erie & Western Railroad Company and others. No opinion. Order reversed, and motion to change place of trial granted, without costs of motion or costs of this appeal.

TIMPSON, Respondent, v. NEW YORK, L. E. & W. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by Mary S. Timpson against the New York, Lake Erie & Western Railroad Company and others. No opinion. Motion to dismiss appeal denied. There is nothing before us to show that the order denying motion to change place of trial was entered by consent. If such a consent was given, the respondent's remedy is to resettle the order so that the consent shall be recited.

TITUS v. TOWN OF NEW SCOTLAND. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by John H. Titus, as administrator, against the town of New Scotland. No opinion. Motion for leave to go to the court of appeals, or for a reargument, denied, with $10 costs.

TRACEY, Respondent, v. LYNCH, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Hannah Tracey against Mary E. Lynch. No opinion. Judgment and order unanimously affirmed, with costs.

In re TRAPNELL. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) In the matter of the application of Benjamin Trapnell for admission to practice as attorney and counsellor at law in the courts of New York. No opinion. Application granted.

TRENCHARD, Appellant, v. WILEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Asa A. Trenchard against William J. Wiley, as assignee, etc., and another. No opinion. Judgment affirmed, without costs.

TROWBRIDGE v. GANS et al. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by James A. Trowbridge against Albert E. Gans and others. No opinion. Motion dismissed.

TRUESDALE et al., Appellants, v. MARCHNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by James T. Truesdale and another against Andrew Marchner. No opinion. Judgment and order affirmed, with costs.

In re TRUSTEES OF CONGREGATION ADAS YESHURUM. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) In the matter of the election of trustees of Congregation Adas Yeshurum. No opinion. Judgment and order affirmed, with costs.

TURTLE, Respondent, v. TURTLE, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Laura E. Turtle against Owen I. Turtle. A. H. Parkhurst, for appellant. G. W. Hart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 857.

TURTLE v. TURTLE. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Laura E. Turtle against Owen I. Turtle. No opinion. Motion to dismiss appeal denied, with $10 costs. See 52 N. Y. Supp. 857.

In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of the Twelfth Ward Park (Lot No. 160). No opinion. There is nothing in the papers to show whether or not there are infants interested; no notice is given to other parties in interest; notice must be given to Nicholas Dellagio.

In re TWELFTH WARD PARK. In re BARILATI. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of the Twelfth Ward Park and in the matter of Barilati. No opinion. The report cannot be amended. Reference must be ordered on notice to all parties.

In re TWELFTH WARD PARK. In re REMANGTON et al. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of the Twelfth Ward Park and in the matter of Remangton and others. No opinion. Notice must be given to mortgagee, and certified copy of order appointing special guardian must be handed up.